IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:22-795 |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| -versus- | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(d)(1) |
| ANTWAN ANTONIO TAYLOR, | ) | 21 U.S.C. § 841(a)(1) |
| a/k/a "Blow" | ) | 21 U.S.C. § 841(b)(1)(A) |
| SAWASKI HOLMAN, | ) | 21 U.S.C. § 841(b)(1)(B) |
| a/k/a "Moe" | ) | 21 U.S.C. § 841(b)(1)(C) |
| TYRONE GAVIN | ) | 21 U.S.C. § 846 |
| RONALD DOCTOR, | ) | 21 U.S.C. § 853 |
| a/k/a "Boo Boo" | ) | 21 U.S.C. § 881 |
| RONALD WILLIAMS, | ) | 28 U.S.C. § 2461(c) |
| a/k/a "Georgia Boy" | ) | |
| DARBY OMAR WILLIAMS | ) | |
| JAYSHAWN DAVIS, | ) | INDICTMENT |
| a/k/a "Lil' Jay" | ) | (SEALED) |
| | ) | |
| | ) | |

## COUNT 1

THE GRAND JURY CHARGES:

That beginning at a time unknown to the grand jury, but beginning in at least May 2021, and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the Defendants, **ANTWAN ANTONIO TAYLOR, a/k/a "Blow," SAWASKI HOLMAN, a/k/a "Moe," TYRONE GAVIN, RONALD DOCTOR, a/k/a "Boo Boo," RONALD WILLIAMS, a/k/a "Georgia Boy," DARBY OMAR WILLIAMS,** and **JAYSHAWN DAVIS, a/k/a "Lil' Jay,"** knowingly and intentionally did combine, conspire, agree and have tacit understanding with each other

1

and with others, both known and unknown to the grand jury, to possess with intent to distribute and to distribute cocaine and cocaine base (commonly known as "crack" cocaine), both Schedule II controlled substances:

a. With respect to **ANTWAN ANTONIO TAYLOR, a/k/a "Blow,"** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 5 kilograms or more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A);

b. With respect to **SAWASKI HOLMAN, a/k/a "Moe,"** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 5 kilograms or more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A);

c. With respect to **TYRONE GAVIN**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 5 kilograms or more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A);

d. With respect to **RONALD DOCTOR, a/k/a "Boo Boo,"** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B);

e. With respect to **RONALD WILLIAMS** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other

conspirators reasonably foreseeable to him, is 500 grams or more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B);

f. With respect to **DARBY OMAR WILLIAMS** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of cocaine and 28 grams or more of cocaine base (commonly known as "crack" cocaine), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B); and

g. With respect to **JAYSHAWN DAVIS, a/k/a "Lil' Jay,"** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about the May 17, 2022, in the District of South Carolina, Defendant, **JAYSHAWN DAVIS, a/k/a "Lil' Jay,"** aided and abetted by Defendant, **ANTWAN ANTONIO TAYLOR, a/k/a "Blow,"** did knowingly make a false statement in connection with the acquisition and attempted acquisition of an FNH 9mm pistol from ATP Gun Shop, Summerville, South Carolina, a licensed firearms dealer, which was intended and likely to deceive the said dealer with respect to a fact material to the lawfulness of the sale and disposition of the firearm under the provisions of Chapter 44 of Title 18, United States Code, in that Defendant, **JAYSHAWN DAVIS, a/k/a "Lil' Jay,"** did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he was the true purchaser of the firearm listed above, whereas in truth and in fact, he was not the true purchaser;

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## FORFEITURE

FIREARM/DRUG-TRAFFICKING OFFENSES:

Upon conviction for a felony violations of Title 18 and Title 21, United States Code as charged in this Indictment, the Defendants, **ANTWAN ANTONIO TAYLOR, a/k/a "Blow," SAWASKI HOLMAN, a/k/a "Moe," TYRONE GAVIN, RONALD DOCTOR, a/k/a "Boo Boo," RONALD WILLIAMS, a/k/a "Georgia Boy," DARBY OMAR WILLIAMS,** and **JAYSHAWN DAVIS, a/k/a "Lil' Jay,"** shall forfeit to the United States all of the Defendants' rights, title, and interest in and to any property, real and personal,

(a) constituting, or derived from any proceeds the Defendants obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

(b) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code.

(c) any firearms and ammunition (as defined in 18 U.S.C. § 921) –

   (1) used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of controlled substances or any proceeds traceable to such property;

   (2) involved in or used in any knowing violation of 18 U.S.C. §§ 922 or 924, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the

5

property which is subject to forfeiture upon conviction of the Defendants for the offenses charged in this Indictment includes, but is not limited to, the following:

    A.    <u>Firearm</u>:

        FN 509 9mm Pistol w/Magazine and Ammunition
        Serial Number: GKS0276417
        Seized from: Antwan Antonio Taylor
        Asset ID: 22-DEA-693401

    B.    <u>Vehicles</u>:

        (1)    2008 Honda Accord
                VIN: 1HGCP26738A065098
                Seized from: Ronald Carl Doctor
                Asset ID: 22-DEA-694291

        (2)    2015 Hyundai Veloster
                VIN: KMHTC6AE9FU232532
                Seized from: Sawaksi LaQuain Holman
                Asset ID: 22-DEA-693671

        (3)    2016 Nissan Altima
                VIN: 1N4AL3AP9GC272487
                Seized from: Antwan Antonio Taylor
                Asset ID: 22-DEA-693455

        (4)    2004 Ford F150
                VIN: 1FTRX12W44NA84312
                Seized from: Antwan Antonio Taylor
                Asset ID: 22-DEA-693438

    C.    <u>Proceeds/Forfeiture Judgment</u>:

        A sum of money equal to all property the Defendants obtained as a result of the drug offenses charged in the Indictment, and all interest and proceeds traceable thereto as a result of their violations of Title 21.

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendants:

      (a)    cannot be located upon the exercise of due diligence;
      (b)    has been transferred or sold to, or deposited with, a third person;
      (c)    has been placed beyond the jurisdiction of the Court;
      (d)    has been substantially diminished in value; or
      (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the Defendants up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A  True  BILL

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
John Whitney Sowards (Fed. ID # 11844)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Tel.:  (843) 727-4381
Fax:  (843) 727-4443
john.sowards@usdoj.gov

8